# SUMMONS - CIVIL

JD-CV-1 Rev. 10-09
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a,
52-48, 52-259, P.B. Secs. 3-1 through 3-21, 8-1

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

See page 2 for instructions

☐ "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.
☒ "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.
☐ "X" if claiming other relief in addition to or in lieu of money or damages.

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

| Address of court clerk where writ and other papers shall be filed *(Number, street, town and zip code)* (C.G.S. §§ 51-346, 51-350) | Telephone number of clerk *(with area code)* | Return Date *(Must be a Tuesday)* |
|---|---|---|
| 95 WASHINGTON STREET, HARTFORD, CT 06106 | ( 860 ) 548-2700 | JANUARY 18, 2011<br>Month Day Year |

☒ Judicial District  ☐ Housing Session ☐ G.A. Number: | At *(Town in which writ is returnable)* (C.G.S. §§ 51-346, 51-349) HARTFORD | Case type code *(See list on page 2)*<br>Major: **P**  Minor: **00**

**For the Plaintiff(s) please enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented *(Number, street, town and zip code)* | Juris number *(to be entered by attorney only)* |
|---|---|
| LAW OFFICE OF ROBERT H. WEINSTEIN, 1100 MAIN STREET, NEWINGTON, CT 06111 | 409175 |

| Telephone number *(with area code)* | Signature of Plaintiff *(If self-represented)* |
|---|---|
| ( 860 ) 666-6060 | |

| Number of Plaintiffs: 1 | Number of Defendants: 4 | ☐ Form JD-CV-2 attached for additional parties |
|---|---|---|

| Parties | Name *(Last, First, Middle Initial)* and Address of Each party *(Number; Street; P.O. Box; Town; State; Zip; Country, if not USA)* | |
|---|---|---|
| **First Plaintiff** | Name: FRAUENGLASS & ASSOCIATES, LLC<br>Address: 206 NEW LONDON TURNPIKE, GLASTONBURY, CT 06033 | P-01 |
| **Additional Plaintiff** | Name:<br>Address: | P-02 |
| **First Defendant** | Name: COHEN, RICHARD H.<br>Address: 1153 EAST STREET, SOUTH SUFFIELD, CT 06080 | D-50 |
| **Additional Defendant** | Name: UNITED STATES OF AMERICA<br>Address: 157 CHURCH STREET, NEW HAVEN, CT 06510 | D-51 |
| **Additional Defendant** | Name: BAILCO, LLC C/O AGENT FOR SERVICE ADRIAN MAROCCHINI<br>Address: 405 CENTER STREET, MANCHESTER, CT 06040 | D-52 |
| **Additional Defendant** | Name: COHEN, ROBERT H.<br>Address: 64 CROSSROADS LANE, GLASTONBURY, CT 06033 | D-53 |

## Notice to Each Defendant

1. **YOU ARE BEING SUED.** This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at www.jud.ct.gov under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at www.jud.ct.gov under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. **The Clerk of Court is not allowed to give advice on legal questions.**

| Signed *(Sign and "X" proper box)* | ☒ Commissioner of the Superior Court<br>☐ Assistant Clerk | Name of Person Signing at Left<br>ROBERT H. WEINSTEIN | Date signed<br>12/14/10 |
|---|---|---|---|

| If this Summons is signed by a Clerk: | For Court Use Only |
|---|---|
| a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.<br>b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.<br>c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.<br>d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint. | File Date |

| I certify I have read and understand the above: | Signed *(Self-Represented Plaintiff)*<br>Dated: 12/16/10  By: C. Ely | Date |
|---|---|---|

| Name and address of person recognized to prosecute in the amount of $250 |
|---|
| KERRY RUSGROVE, 1100 MAIN STREET, NEWINGTON, CT 06111 |

| Signed *(Official taking recognizance; "X" proper box)* | ☒ Commissioner of the Superior Court<br>☐ Assistant Clerk | Date<br>12/14/10 | Docket Number |
|---|---|---|---|

RETURN DATE: 1/18/11 : SUPERIOR COURT

FRAUENGLASS & ASSOCIATES, LLC : JUDICIAL DISTRICT
OF HARTFORD

V. : AT HARTFORD

RICHARD COHEN : DECEMBER 14, 2010

## COMPLAINT

1.    The Defendant, Richard H. Cohen, on July 1, 2008 owned and was in possession of a certain lot of land located in Rocky Hill, Connecticut and bounded and described as follows:

      a.    See Schedule A attached hereto.

2.    The Plaintiff, by Writ dated April 10, 2008 and returnable to the Superior Court of the Judicial District of Hartford on the second Tuesday of May, 2008 commenced an action against the Defendant for money damages due to the Plaintiff.

3.    On June 19, 2008 Judgment was rendered in said action that the Plaintiff recover of the Defendant $14,823.61 and his costs taxes at $283.10.

4.    On July 1, 2008 said Judgment being wholly unsatisfied, the Plaintiff caused a Certificate of Judgment Lien to be filed in the Town Clerk's office in said Rocky Hill, reciting the recovery of said Judgment, and describing the premises as in Schedule A attached hereto.  (See Schedule B Attached hereto).

5.    Said Judgment has never been paid in whole or in part.

6.    The following encumbrances of record upon the property sought to be Foreclosed are prior in right to the Plaintiff's Judgment Lien and are not affected by this action:

      a.    Mortgage in the original principal amount of $80,000.00 from Richard H. Cohen and Sheryl A. Cohen to Chase Manhattan Mortgage Corp., dated November 13, 2003 and recorded in Volume 446 at Page 657 of the Rocky Hill Land Records.

LAW OFFICE OF ROBERT H. WEINSTEIN
1100 MAIN STREET, NEWINGTON, CT 06111 • (860) 666-6060 • FAX (860) 666-6061 • JURIS NO. 409175

b.   Mortgage in the original principal amount of $60,000.00 from Richard H. Cohen and Sheryl A. Cohen to JPMorgan Chase Bank, dated November 13, 2003 and recorded in Volume 446 at Page 672 of the Rocky Hill Land Records.

7.   The following encumbrances upon the property are subsequent and subordinate to the Plaintiff's Judgment Lien:

a.   Agreement to forfeit property by Richard Cohen in favor of the United States of America dated November 21, 2008 and recorded in Volume 548 at Page 704 of the Rocky Hill Land Records.

b.   Notice of Lis Pendens filed by the United States of America dated November 21, 2008 and recorded in Volume 548 at Page 707 of the Rocky Hill Land Records.

c.   Mortgage from Richard Cohen to Bailco, LLC, in the amount of $1,000,000.00 dated June 13, 2009 and recorded June 17, 2009 in Volume 558 at Page 1 of the Rocky Hill Land Records.

d.   Decree of Forfeiture to the United States of America, dated December 11, 2009 and recorded December 22, 2009 in Volume 566 at page 330 of the Rocky Hill Land Records.

e.   Mortgage from Richard Cohen to Robert H. Cohen in the original principal amount of $12,687.00 dated November 19, 2009 and recorded November 20, 2009 in Volume 564 at Page 960 of the Rocky Hill Land Records.

8.   Upon information and belief, the Defendant, United States of America is currently in possession of said premises.

9.   The Defendant, United States of America is the current owner and titleholder of said premises.

WHEREFORE, The Plaintiff claims:

1.   A foreclosure of said Judgment Lien.

2.   Immediate possession of the mortgaged premises.

3.   The appointment of a receiver to collect rents and profits accruing from the premises.

4.   Reasonable attorney's fees and costs.

LAW OFFICE OF ROBERT H. WEINSTEIN
1100 MAIN STREET, NEWINGTON, CT 06111 • (860) 666-6060 • FAX (860) 666-6061 • JURIS NO. 409175

5.    Such other relief and further equitable relief as the Court deems appropriate.

**NOTICE**:    **A PERSON WHO IS UNEMPLOYED OR UNDER-EMPLOYED AND WHO HAS FOR A CONTINUOUS PERIOD OF AT LEAST TWO YEARS PRIOR TO THE COMMENCEMENT OF THIS FORECLOSURE ACTION OWNED AND OCCUPIED THE PROPERTY BEING FORECLOSED AS SUCH PERSON'S PRINCIPAL RESIDENCE, MAY BE ENTITLED TO CERTAIN RELIEF PROVISIONS UNDER SECTION 49-31d to 49-31i, INCLUSIVE, OF THE CONNECTICUT GENERAL STATUTES.  YOU SHOULD CONSULT AN ATTORNEY TO DETERMINE YOUR RIGHTS UNDER THIS ACT.**

**NOTICE**:    **IF ANY PORTION OR THE ENTIRE AMOUNT OF THIS CLAIM IS DISPUTED, YOU ARE TO NOTIFY US WITHIN THIRTY (30) DAYS, INDICATING THE NATURE OF THE DISPUTE.  IF YOU DO NOT INDICATE A DISPUTE IN WRITING WITHIN THAT TIME WE WILL ASSUME THE CLAIM TO BE VALID.  IF WITHIN THIRTY (30) DAYS YOU INDICATE A DISPUTE IN WRITING, WE WILL PROVIDE YOU WITH EVIDENCE CONCERNING THE VALIDITY OF THE DEBT BY U.S. MAIL.  ALSO, UPON YOUR WRITTEN REQUEST WITHIN THIRTY (30) DAYS OF RECEIPT OF THIS NOTICE, WE WILL PROVIDE YOU WITH THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR.  THIS IS AN ATTEMPT TO COLLECT A DEBT.  ANY INFORMATION RECEIVED WILL BE USED FOR THAT PURPOSE.  THE FACT THAT YOU HAVE THIRTY (30) DAYS TO INDICATE A DISPUTE WILL NOT PREVENT US FROM FILING SUIT WITHIN THAT TIME.**

This action is within jurisdiction of the Superior Court.

Dated at Newington, Connecticut, this 14th day of December, 2010.

PLAINTIFF,
FRAUENGLASS & ASSOCIATES, LLC

By _____

Robert H. Weinstein
Law Office of Robert H. Weinstein
1100 Main Street
Newington, CT  06111
(860) 666-6060
Juris Number 409175
Its Attorney

LAW OFFICE OF ROBERT H. WEINSTEIN
1100 MAIN STREET, NEWINGTON, CT 06111 • (860) 666-6060 • FAX (860) 666-6061 • JURIS NO. 409175

VOL 0581 PAGE 369

"Schedule A"

LEGAL DESCRIPTION
106 Barnyard Road
Rocky Hill, CT

A certain piece or parcel of land, with the buildings
thereon, lying and being in the Town of Rocky Hill, County
of Hartford and State of Connecticut known as Lot No. 4-87
on a certain map entitled "Section VI Farms Village
Property of Benjamin DeJohn & Lennart Berg Located on Brook
Street Rocky Hill Conn. Scale 1" = 40' Sept. 13 1976
Revised Dec 1, 1976 Certified Substantially Correct Class
A-2 O. Paquette L.S. 4476" which map is on file in the
Rocky Hill Town Clerk's Office for reference and being
more particularly bounded and described as follows:

NORTHERLY:        by Martin Drive, one hundred eighteen and
                  ninety-five one-hundredths (118.95) feet;

NORTHEASTERLY:    by the arc of the curve joining Martin
                  Drive and Barnyard Road, twenty and fifty-
                  nine one-hundredths (20.59) feet;

EASTERLY:         by Barnyard Road, eighty-nine and sixty-
                  eight one hundredths (89.68) feet;

SOUTHERLY:        by Lot No. 4-88, on said map, one hundred
                  thirty-four and forty one-hundredths
                  (134.40) feet; and

WESTERLY:         by Lot No. 4-86, on said map, one hundred
                  twenty and fifty-four one-hundredths
                  (120.54) feet.

Together with the right to use the roads in said sub-
division for all purposes for which street and highways are
ordinarily used.

RECEIVED FOR RECORD
ROCKY HILL TOWN CLERK

2010 DEC 14 P 1:48

BY: Ronald K. McNamara

VOL 0543 PAGE 469

*17*

"Schedule B"



Doc ID: 000610870002 Type: LAN
Book 543 Page 469 - 470
File# 12

LAW OFFICE OF ROBERT H. WEINSTEIN
5 CENTRAL AVE. • 2ND FL., EAST HARTFORD, CT 06108 • (860) 282-1977 • FAX (860) 282-1975 • JURIS NO. 409175

| HHD-CV-08-5019224-S | : | SUPERIOR COURT |
|---|---|---|
| FRAUENGLASS & ASSOCIATES, LLC | : | JUDICIAL DISTRICT OF HARTFORD |
| V. | : | AT HARTFORD |
| RICHARD COHEN | : | JUNE 30, 2008 |

### JUDGMENT LIEN

This is to certify that Robert Frauenglass & Associates, LLC 206 New London Turnpike, Glastonbury, Connecticut on the 19th day of June, 2008 in the Superior Court of Hartford at Hartford did obtain a Judgment in its favor against the Defendant, **RICHARD COHEN**, whose last known address is 106 Barnyard Road, Rocky Hill, Connecticut, for the principal sum of **FOURTEEN THOUSAND EIGHT HUNDRED TWENTY THREE DOLLARS and 61/00 ($14,823.61)**, plus costs in the amount of **TWO HUNDRED EIGHTY THREE DOLLARS and 10/100 ($283.10)** for a total of **FIFTEEN THOUSAND ONE HUNDRED SIX DOLLARS and 71/100 ($15,106.71)**, plus additional interest accrued. A Judgment Lien in favor of Frauenglass & Associates, LLC, is hereby placed upon the following described real estate of the Defendant, **RICHARD COHEN**, situated in the Town of Rocky Hill, County of Hartford, and State of Connecticut, known as 106 Barnyard Road, Rocky Hill, Connecticut, to wit:

See Schedule A attached hereto.

Pursuant to the Statutes in such case made and provided.

This is an attempt to collect a debt. Any information obtained will be used for that purpose.

Dated at East Hartford, Connecticut, this 30th day of June, 2008.

THE PLAINTIFF,

By _____

Robert H. Weinstein
Law Office of Robert H. Weinstein
Its Attorney

A TRUE COPY
ATTEST